Board of Education of Central School District No. 1 of the Towns of Yates, Ridgeway, Carlton, Orleans County, and Somerset, Niagara County, New York, Respondent, v. Elsie Stangland, Appellant.— Judgment affirmed, with costs. All concur. (The judgment adjudges plaintiff to be entitled to immediate possession and control of a school bus garage in a replevin action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Intermediate Judicial Settlement of the Account of the Ilion National Bank and Trust Company, as Trustee, under the Will of Charles Harter, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Emil Kircher and Joseph Kircher, Copartners, Doing Business under the Firm Name and Style of George Kircher & Sons, Respondents, v. Board of Education of Central School District No. 1 of the Towns of Brutus, Cato, Conquest, Sennett and Throop, Cayuga County, New York, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

Emma E. Futherer, Ida L. Futherer and L. Irene Futherer, Respondents, v. David C. Angelidis, Also Known as Daniel G. Angelidis, Appellant, Charles H. Agnew and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

The People of the State of New York ex rel. Robert J. Wiegand, Appellant, v. Joseph H. Brophy, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

Charles R. Coley, Respondent, v. Frank L. Cohen, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Harold Emerson, Respondent, v. Mary Lincoln Candies, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Ruth B. Viall, Respondent, v. Leland S. Viall, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. All concur, except Dowling, J., who dissents and votes for granting of motion for leave to appeal to the Court of Appeals. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Petition of N. B. I. Corporation, Respondent, for an Order Determining the Title to Property Levied on under an Execution against Jean Keller and Claimed by Universal Credit Company, Inc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Ernest Moyer, Respondent, v. Sol Rosenberg, and Anna Cohen and Jack Cohen, d/b/a Cohen's Restaurant, Appellants.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.